UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MOTORSPORTS OF MELBOURNE, INC. dba SPACE COAST HARLEY DAVIDSON, <br><br>Plaintiff, <br><br>v. <br><br>MT. HAWLEY INSURANCE COMPANY, <br><br>Defendant. | § § § § § § § § § § § § § <br><br>CIVIL ACTION NO. _____ |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Mt. Hawley Insurance Company ("Mt. Hawley") files this Notice of Removal of this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida to the United States District Court for the Middle District of Florida, Orlando Division, the district and division in which the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida is located. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Mt. Hawley respectfully shows this Court as follows:

1. Plaintiff Motorsports of Melbourne, Inc. dba Space Coast Harley Davidson ("Plaintiff") commenced an action against Mt. Hawley in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, entitled *Motorsports of Melbourne, Inc. dba Space Coast Harley Davidson v. Mt. Hawley Insurance Company*, pending as Case No. 05-2025-CA-017478-XXCA-BC (the "State Court Case").

2. On February 28, 2025, Mt. Hawley Insurance Company was served with Plaintiff's Complaint ("Complaint") in the State Court Case. *See* **Exhibit B** (Court Docket). As

such, removal is timely because thirty (30) days have not elapsed since Mt. Hawley first received the Complaint, as required by 28 U.S.C. § 1446(b).

3. A copy of this Notice of Removal will be filed with the State of Florida Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, and a copy of this Notice of Removal will also be served on Plaintiff. Mt. Hawley is, contemporaneously with the filing of this Notice, giving written notice of filing of this Notice of Removal with the clerk of the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida.

4. An index of all documents, a copy of the state docket sheet, copies of the citation and each document filed in the state court action, and a list of counsel and parties of record are attached hereto as **Exhibits A-D**.

5. Plaintiff has requested a trial by jury.

6. Mt. Hawley has filed contemporaneously a civil cover sheet.

## Ground for Removal:  Diversity

7. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332, in that this is a civil action where the matter in controversy exceeds $75,000.00 and is between citizens of different States.

A. <u>The amount in controversy exceeds the federal minimum jurisdictional requirements</u>.

8. Plaintiff's Complaint in the State Court Case contends that its property sustained damage covered under a policy of property insurance issued by Mt. Hawley, Policy No. MPC0100834 (the "Policy"). *See* **Exhibit C** (Complaint at ¶¶ 4-7). Plaintiff's Complaint further alleges that Mt. Hawley breached the Policy by failing to pay Plaintiff's claim. *See id at* ¶¶ 12-19. The civil cover sheet filed with Plaintiff's Complaint further alleges that the monetary relief Plaintiff seeks to recover from Mt. Hawley exceeds $100,000.00. In addition, Plaintiff's Notice

of Intent to Initiate Litigation filed by Plaintiff on September 26, 2024, indicates that Plaintiff's pre-suit demand totaled $1,960,642.00. *See* Notice, a true and correct copy of which is attached hereto as **Exhibit E**.

9. For all of these reasons, the amount in dispute exceeds $75,000.00, exclusive of interest and costs.

B. <u>There is complete diversity between Plaintiff and Mt. Hawley</u>.

10. Plaintiff was at the time of the filing of this action, has been at all times since, and still is a corporation organized under the laws of Florida with its principal place of business in Florida. Accordingly, Plaintiff is a citizen of the State of Florida for purposes of determining diversity jurisdiction, and not a citizen of the State of Illinois.

11. Defendant Mt. Hawley is a corporation organized under the laws of Illinois, with its principal place of business in Illinois. Accordingly, Mt. Hawley is a citizen of the State of Illinois for purposes of determining diversity jurisdiction, and not a citizen of the State of Florida.

12. Complete diversity exists in this case and removal is proper because Plaintiff is a citizen of Florida and Mt. Hawley is a citizen of Illinois.

WHEREFORE, Defendant Mt. Hawley Insurance Company prays that the above-described action now pending in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, be removed to this Court.

Respectfully submitted,

*/s/ Marcus G. Mahfood*
Marcus G. Mahfood / FBN: 41495
CHARTWELL LAW OFFICES, LLP
100 SE 2nd St., Suite 2150
Miami, FL 33131-2137
Tel: 305-372-9044
Fax: 305-372-5044
mmahfood@chartwelllaw.com

**ATTORNEY FOR MT. HAWLEY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiff, via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, on this 20th day of March 2025, as follows:

Corey Justus, Esq.
Payne Law, PLLC
126 E. Jefferson Street,
Orlando, FL 32801
*Attorney for Plaintiff*

*/s/ Marcus G. Mahfood*
Marcus G. Mahfood